UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANDREA D. GREENE, *et al*, *on behalf of herself and all others similarly situated*, | ) ) ) | CASE NO.   1:24-cv-01890 |
| | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| THE PROGRESSIVE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order issued this date, this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated:  March 20, 2026

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge